# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 11-cr-00201-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MANUEL SALVADOR AVITIA-GUILLEN,
       a/k/a Robert Santini,
       a/k/a Pete Ruiz,
       a/k/a Joe Ruiz Garcia,
       a/k/a Robert Lopez,
       a/k/a Alfred Davila,

    Defendant.

## MINUTE ORDER[1]

The matter is before the court *sua sponte*. This matter is set for a Trial Preparation Conference on Friday, July 22, 2011, at 4:00 p.m. An opening on the court's calendar has become available at 9:30 a.m. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That the Trial Preparation Conference set for July 22, 2011, at 4:00 p.m., is **VACATED** and is **RESET** to **9:30 a.m.** on this date; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated:  July 14, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.