**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00201-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. MANUEL SALVADOR AVITIA-GUILLEN,
     a/k/a Robert Santini,
     a/k/a Pete Ruiz,
     a/k/a Joe Ruiz Garcia,
     a/k/a Robert Lopez,
     a/k/a Alfred Davila,

     Defendant.

## MINUTE ORDER[1]

     The matter is before the court *sua sponte*. This matter is set for a Trial Preparation Conference on Friday, July 22, 2011, at 4:00 p.m. At the request of the court, and with the consent of the parties,

     **IT IS ORDERED** as follows:

     1. That the Trial Preparation Conference set for Friday, July 22, 2011, at 4:00 p.m., is **VACATED** and is **RESET** to **3:15 p.m.** on this same date; and

     2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

     Dated: July 19, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.