**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 11-cr-00201-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MANUEL SALVADOR AVITIA-GUILLEN,
    a/k/a Robert Santini,
    a/k/a Pete Ruiz,
    a/k/a Joe Ruiz Garcia,
    a/k/a Robert Lopez,
    a/k/a Alfred DaVila,

    Defendant.

## ORDER PRESCRIBING JURY SELECTION PROTOCOL

**Blackburn, J.**

    Attached is a **Jury Selection Protocol** approved for use in the trial of this case.

    **THEREFORE, IT IS ORDERED** that the attached **Jury Selection Protocol** shall be used by the court and the parties in the selection of the jury in the trial of this case.

    Dated July 22, 2011, at Denver, Colorado.

                                 **BY THE COURT:**

                                 Robert E. Blackburn
                                 United States District Judge