**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 11-cr-00201-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   MANUEL SALVADOR AVITIA-GUILLEN,
      a/k/a Robert Santini,
      a/k/a Pete Ruiz,
      a/k/a Joe Ruiz Garcia,
      a/k/a Robert Lopez,
      a/k/a Alfred DaVila,

      Defendant.

---

**ORDER APPROVING JUROR QUESTIONNAIRE**

---

**Blackburn, J.**

      The attached **Juror Questionnaire** is approved for use in the trial of this case.

      **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror**

**Questionnaire** shall be given to and completed by each prospective juror reporting for

service in the trial of this case.

      Dated July 22, 2011 at Denver, Colorado.

                              **BY THE COURT:**

                              Robert E. Blackbum
                              United States District Judge